# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RENE YANSON,

    Plaintiff,

v.                                      Case No: 8:15-cv-29-T-24AEP

ARBOR VILLAGE, INC. and PERSHING
DE LEON,

    Defendants.

## ORDER

This cause comes before the Court on the parties' Joint Motion to Approve Settlement Agreement (Dkt. 31). In this motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claims. Having reviewed the settlement agreement and upon due consideration of the motion and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of Plaintiff's claims.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    The parties' parties' Joint Motion to Approve Settlement Agreement (Dkt. 31) is **GRANTED**.

(2)    The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of October, 2015.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties